In the Matter of the Petition of EMBO LAND COMPANY, Respondent, for a Peremptory Writ of Mandamus, Directing the CORPORATION COUNSEL OF THE CITY OF NEW YORK, Appellant, to Institute Proceedings for the Ascertainment of Damages Occasioned by the Closing of Spruce Street or Shaw Avenue, etc., Borough of Queens, City of New York.— Order

affirmed, with ten dollars costs and disbursements, and writ sustained. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.